UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| VIRAG, S.R.L., | : | |
| Plaintiff, | : | Civil Action No. 14-4786 (KM) |
| v. | : | |
| SONY COMPUTER ENTERTAINMENT AMERICA LLC and SONY COMPUTER ENTERTAINMENT, INC., | : | ORDER |
| Defendants. | : | |

This matter having come before the Court on the motion of Cole, Schotz, Meisel, Forman & Leonard, P.A.["the movant"], attorneys for the plaintiff, for the pro hac vice admission of Christopher T. Sheean, Thomas J. Verticchio, and Steven L. Vanderporten ["counsel"], pursuant to L. Civ. R. 101.1 [D.E.5];

and the defendants having not entered an appearance;

and thus motion practice at this stage is premature;

IT IS ON THIS 22nd day of AUGUST, 2014

ORDERED that the motion for the pro hac vice admission of counsel [D.E. 5] is denied without prejudice.

*s/Michael A. Hammer*
**UNITED STATES MAGISTRATE JUDGE**